```
J. FRANK McCABE (SBN 48246)              CHAMBERS COPY
500 Sansome Street, Suite 212        HON. BERNARD ZIMMERMAN
San Francisco, California 94111         NO. CR 05-00491 VRW
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258           CHAMBERS COPY-DO NOT FILE

Attorney for Defendant
URIEL SOTOMAYOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-00491 VRW |
| Plaintiff, ) | **ORDER MODIFYING CONDITIONS OF BOND TO ALLOW TRAVEL** |
| v. ) | **TO SOLANO COUNTY** |
| URIEL SOTOMAYOR, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING therefor,

IT IS HEREBY ORDERED that the travel restrictions of the bond of defendant Uriel Sotomayor be modified to allow him to travel to and from Solano County during the next thirty days.

DATED: September _15_, 2005.

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING CONDITIONS OF BOND
TO ALLOW TRAVEL TO SOLANO COUNTY