J. FRANK McCABE (SBN 48246)
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
URIEL SOTOMAYOR

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CR 05-00491 VRW |
|---|---|
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF BOND TO DELETE ELECTRONIC MONITORING** |
| v. | |
| URIEL SOTOMAYOR, | |
| Defendant. | |

GOOD CAUSE APPEARING therefor,

IT IS HEREBY ORDERED that the condition of the bond of defendant Uriel Sotomayor that he be subject to electronic monitoring shall be deleted from his bond.

DATED: October 26, 2005.

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING CONDITIONS OF BOND
TO DELETE ELECTRONIC MONITORING