```
 1  J. FRANK McCABE (SBN 48246)
    Attorney at Law
 2  500 Sansome Street, Suite 212
    San Francisco, California 94111
 3  Telephone:  (415) 397-1757
    Facsimile:  (415) 433-7258
 4
    Attorney for Defendant
 5  URIEL SOTOMAYOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 05-00491 VRW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA PRESENTENCE REPORT** |
| v. | ) | |
| URIEL SOTOMAYOR, | ) | |
| Defendant. | ) | |

The parties have undertaken settlement negotiations in this matter and anticipate that a guilty plea will be entered by the defendant. They recognize that most of the defendants in this matter have entered guilty pleas and have been sentenced or will be sentenced in the near future. Based on previously-scheduled conflicts of defense counsel and defense counsel's need to engage a sentencing expert, the parties agree that in order to move the case forward, the defense will ask the Court for a pre-plea presentence report. Accordingly, the parties hereby stipulate as follows:

1. The Court should vacate the defendant's court appearance date of February 27, 2007 and reset it for entry of plea and

STIP AND [PROPOSED] ORDER FOR PRE-PLEA
PRESENTENCE REPORT

1

1  sentencing on June 12, 2007.  The probation officer agrees to this
2  date.
3     2.   The Court should refer defendant Sotomayor to the United
4  States Probation Office for preparation of a pre-plea presentence
5  report.
6     3.   The parties agree that time should be excluded under the
7  Speedy Trial Act from February 27, 2007, to June 12, 2007.  The case
8  is complex and involves approximately 30,000 intercepted
9  conversations and 8000 pertinent calls, many of which are in
10 Russian.  The parties agree that "the case is so unusual or so
11 complex, due to the number of defendants, the nature of the
12 prosecution, or the existence of novel questions of fact or law,
13 that it is unreasonable to expect adequate preparation for pretrial
14 proceedings or for the trial itself within the time limits
15 established" by the Speedy Trial Act.  <u>See</u> 18 U.S.C. §
16 3161(h)(8)(B)(ii).
17    4.   The parties agree that a separate ground for excluding time
18 exists for effective preparation of defense counsel based on the
19 defense's need to obtain a sentencing expert, who also may provide
20 information relevant to the parties' plea agreement.  Thus, the
21 parties agree that failure to grant a continuance would deny defense
22 counsel the reasonable time necessary for effective preparation,
23 taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. §
24 3161(h)(8)(B)(iv).  Based on defense counsel's previously-scheduled
25 case commitments, the parties also agree that failure to grant a
26 continuance would unreasonably deny the defense continuity of
27 counsel.  <u>See</u> <u>id.</u>
28
STIP AND [PROPOSED] ORDER FOR PRE-PLEA
PRESENTENCE REPORT

5. Finally, the parties agree that the ends of justice served by excluding time from February 27, 2007, to June 12, 2007 outweigh the best interests of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(A).

DATED: February 22, 2007.

```
                                    /s/
                            LAUREL BEELER
                            Assistant United States Attorney
```

DATED: February 22, 2007.

```
                                    /s/
                            J. FRANK McCABE
                            Counsel for Defendant Sotomayor
```

ORDER

GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that

1. The court appearance date of February 27, 2007 is vacated, and the case is reset for entry of plea and sentencing on June 12, 2007;

2. Defendant Sotomayor is referred to the United States Probation Office for the preparation of a pre-plea presentence report;

3. For the reasons set forth in the parties' stipulation, the Court orders that the period from February 27, 2007, to June 12, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) & (iv).

IT IS SO ORDERED.

DATED: February 26, 2007

```
                            VAUGHN R. WALKER
                            Chief United States District Judge
```

STIP AND [PROPOSED] ORDER FOR PRE-PLEA
PRESENTENCE REPORT