1  J. FRANK McCABE (SBN 48246)
   Attorney at Law
2  500 Sansome Street, Suite 212
   San Francisco, California 94111
3  Telephone:  (415) 397-1757
   Facsimile:  (415) 433-7258
4
   Attorney for Defendant
5  URIEL SOTOMAYOR

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    NO. CR 05-00491 VRW
                                     )
12            Plaintiff,             )    **STIPULATION AND ~~[PROPOSED]~~**
                                     )    **ORDER MODIFYING CONDITIONS**
13       v.                          )    **OF BOND TO DELETE ONE OF**
                                     )    **THREE SURETIES**
14  URIEL SOTOMAYOR,                 )
                                     )
15            Defendant.             )
    _____)

16

17            On August 16, 2005, defendant Sotomayor was ordered

18  released on a personal recognizance bond co-signed by his mother,

19  his stepfather and his then-girlfriend Jazmine Granados as sureties.

20  The bond was secured by the equity in his mother's 401k plan.  The

21  bond originally required electronic monitoring which was deleted in

22  October 2005 because Sotomayor's employment required him to work at

23  night upon occasion.

24            Defendant Sotomayor has complied with all conditions of

25  his pretrial release during the past 18 months with the exception of

26  one occasion when he forgot to call Pretrial Services on the

27  appointed date.  He continues to be employed full-time.

28  STIP AND [PROPOSED] ORDER MODIFYING CONDITIONS
    OF BOND TO DELETE ONE OF THREE SURETIES
                          1

1    Counsel for Mr. Sotomayor has been personally advised by

2  one of the three sureties on the bond, Jazmine Granados, that she

3  wishes to be removed from the bond because she is no longer

4  Mr. Sotomayor's girlfriend.

5    Counsel has contacted Assistant United States Attorney

6  Laurel Beeler and Pretrial Services Officer Anthony Granados (no

7  relation to co-signer Jazmine Granados) and neither has objected to

8  the removal of the surety from the bond.

9    Accordingly, the parties hereto stipulate that:

10    1.   Under the circumstances, it is appropriate that

11  Jazmine Granados be removed as a surety on defendant's personal

12  recognizance bond, and the bond may be modified to reflect her

13  removal as surety;

14    2.   All other conditions of the bond shall remain in

15  effect.

16  DATED:   February 20, 2007.

17

18                                        _____/s/_____
                                          LAUREL BEELER
                                          Assistant United States Attorney
19
    DATED:   February 20, 2007.
20
                                          _____/s/_____
21                                        J. FRANK McCABE
                                          Counsel for Defendant Sotomayor
22

23                              ORDER

24    GOOD CAUSE appearing therefor,

25    IT IS HEREBY ORDERED that one of three sureties of

26  defendant Sotomayor's personal recognizance bond, Jazmine Granados,

27  may be removed from the bond, and the bond is hereby modified to

28
STIP AND [PROPOSED] ORDER MODIFYING CONDITIONS
OF BOND TO DELETE ONE OF THREE SURETIES

2

1 | reflect her removal.   All other conditions of the bond shall remain

2 | in effect.

3 | DATED: ~~February~~ 5 March 07, 2007.

5 | HON. BERNARD ZIMMERMAN
  | UNITED STATES MAGISTRATE JUDGE

STIP AND [PROPOSED] ORDER MODIFYING CONDITIONS
OF BOND TO DELETE ONE OF THREE SURETIES

3