Case 3:05-cr-00491-VRW    Document 419    Filed 05/18/2007    Page 1 of 2

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187656)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6765
7    Facsimile: (415) 436-7234
     Email: laurel.beeler@usdoj.gov
8
   Attorneys for Plaintiff
9



10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,     )   No. CR 05 491 VRW (BZ)
                                   )
15 |      Plaintiff,                )
                                   )   STIPULATION AND ORDER
16 | v.                             )   RE CONDITIONS OF RELEASE
                                   )
17 | URIEL SOTOMAYOR,               )
                                   )
18 |      Defendant.                )
   |_____)
19

20      1. Uriel Sotomayor previously was released in this district on a $200,000 secured

21 bond with release conditions that included the requirement that his mother, Cecelia

22 Peters, serve as custodian and that Sotomayor reside at her home in Redwood City.

23      2. The conditions of Sotomayor's release are modified to delete the condition that

24 Cecelia Peters serve as custodian.

25      3. The conditions of Sotomayor's release are modified to add the following

26 conditions:

27      a. Sotomayor shall be placed on Global Position System (GPS) monitoring.

28      b. Sotomayor shall be subject to a curfew from 10 p.m. to 6 a.m.

STIPULATION AND ORDER
(CR 05 491 VRW (BZ))

     c. Sotomayor shall stay at either his mother's home in Redwood City or at Amanda Garcia's home in San Jose, California.

     d. Sotomayor shall be subject to random drug testing at the direction of his pretrial services officer.

     e. Sotomayor may travel to Solano County, after approval from his Probation Officer, to address his traffic violation there.

    4. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated: 29 May 07

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATED:

Dated: May 18, 2007

    /s/ Frank McCabe
    FRANK MCCABE
    Attorney for Uriel Sotomayor

Dated: May 18, 2007

    /s/ Laurel Beeler
    LAUREL BEELER
    Assistant United States Attorney

STIPULATION AND ORDER
(CR 05 491 VRW (BZ))          2