```
J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
URIEL SOTOMAYOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> URIEL SOTOMAYOR, ) <br> ) <br> Defendant. ) <br> _____) | NO. CR 05-00491 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITION OF DEFENDANT'S PROBATION** |

On July 10, 2007, defendant Uriel Sotomayor was sentenced, upon his guilty plea to count four of the indictment, to five years probation with special conditions including that he reside for a period of 15 months in a facility to be provided by the probation office.

Defendant is presently residing at Cornell Corrections, a halfway house, in San Francisco and has resided there for approximately 13 months. His release date is November 22, 2008.

Appellant's girlfriend, Amanda Garcia, is currently pregnant and is experiencing a difficult pregnancy complicated with kidney abnormality. This fact has been confirmed by her treating

STIPULATION AND [PROPOSED] ORDER MODIFYING
CONDITION OF DEFENDANT'S PROBATION

1

1 physician. Defendant desires to be available to assist her in the
2 last month of her pregnancy and at the time of her delivery. His
3 supervising probation officer has no objection to him being released
4 from Cornell Corrections on October 10, 2008.
5     Accordingly, the parties hereto stipulate that:
6     1. Under the circumstances, defendant Sotomayor may be
7 released from Cornell Corrections on October 10, 2008;
8     2. All other terms and conditions of his probation shall
9 remain in effect.
10 DATED: September 18, 2008.

        /s/
    LAUREL BEELER
    Assistant United States Attorney

13 DATED: September 18, 2008.

        /s/
    J. FRANK McCABE
    Counsel for Defendant Sotomayor

## ORDER

18     GOOD CAUSE appearing therefor,
19     IT IS HEREBY ORDERED that defendant Uriel Sotomayor shall
20 be released from Cornell Corrections on October 10, 2008. All other
21 terms and conditions of his probation shall remain in effect.
22 DATED: September 25, 2008.

    HON. VAUGHN R. WALKER
    CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING
CONDITION OF DEFENDANT'S PROBATION
2