MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6940
    Facsimile: (415) 436- 7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05-00491 RS |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SUPERVISED RELEASE HEARING |
| v. ) | |
| URIEL SOTOMAYOR, ) | |
|     Defendant. ) | |

    The parties hereby stipulate and agree that the supervised release hearing in the above-captioned matter should be continued to October 16, 2012 at 2:30 p.m.  The probation officer has been contacted and agrees to this continuance.  The continuance is necessary because the hearing on the underlying violation in state court, a failure to pay child support, has been continued to September 25, 2012.  The parties agree that a resolution of the underlying state matter is necessary for a resolution of the federal supervised release violation.

    During the period of continuance, the defendant will continue on active supervision as the period of supervised release is tolled due to the pending Form 12.

///

1  STIPULATED:

3  DATED:    9/10/2012              /s/
                                    FRANK MCCABE
4                                   Attorney for the Defendant

6  DATED:    9/10/2012              /s/
                                    KIRSTIN M. AULT
7                                   Assistant United States Attorney

8  IT IS SO ORDERED.

10 DATED: 9/10/12
                                    RICHARD SEEBORG
11                                  United States District Judge